UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOEL VINCENT THOMAS,

    Plaintiff,

v.                                      Case No. 8:22-cv-1610-KKM-AAS

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, FLORIDA DEPARTMENT
OF HIGHWAY SAFETY AND MOTOR
VEHICLES INSPECTOR GENERAL,
FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, BUREAU OF RECORDS,
DIVISION OF MOTORIST SERVICES,
AND FLORIDA ATTORNEY GENERAL,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Noel Vincent Thomas, proceeding *pro se*, requests to proceed *in forma pauperis*. (Doc. 12).

Proceeding *in forma pauperis* in federal court is permitted by 28 U.S.C. Section 1915, which authorizes any court of the United States to allow indigent persons to prosecute, defend, or appeal suits without prepayment of costs. *See Coppedge v. United States*, 369 U.S. 438, 441 (1962). However, an appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not

1

taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith requires that the appeal present a nonfrivolous question for review. *Cruz v. Hauck*, 404 U.S. 59, 62 (1971). An appeal is frivolous if the plaintiff has little or no chance of success. *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993). An appeal is also frivolous when it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

Mr. Thomas's appeal and application to proceed *in forma pauperis* fail to establish the existence of a reasoned, nonfrivolous argument to raise on appeal. *See* (Doc. 12). Mr. Thomas attempts to appeal the September 8, 2022 order dismissing his case without prejudice.

In his notice of appeal, Mr. Thomas fails to identify how the September 8, 2022 order erred. As a result, it does not appear that Mr. Thomas's appeal contains reasoned, nonfrivolous arguments for appellate review. Therefore, it is **RECOMMENDED** that Mr. Thomas's request to proceed *in forma pauperis* on appeal (Doc. 12) be **DENIED**.

**ENTERED** in Tampa, Florida on September 16, 2022.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## **NOTICE TO PARTIES**

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.