UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOEL VINCENT THOMAS,

    Plaintiff,

v.                                                  Case No: 8:22-cv-1610-KKM-AAS

FLORIDA DEPARTMENT of
HIGHWAY SAFETY & MOTOR
VEHICLES, et al.,

    Defendants.
_____

## ORDER

Plaintiff Noel Vincent Thomas moves to appeal the Court's order dismissing his case with prejudice, (Doc. 9), in forma pauperis. (Doc. 12.) For the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 13), his motion to appeal in forma pauperis is denied.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir.

1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Here, Thomas provides no reason that the Court's dismissal of his case erred. And like his objection to the Magistrate Judge's Report recommending dismissal of his petition, his objection here, (Doc. 14), does not identify any specific flaws in the Magistrate Judge's recommendation that IFP be denied here. Therefore, he fails to establish that his appeal is taken in good faith as required by 28 U.S.C. § 1915(a)(3).

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 12) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, on October 5, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

2